UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BINGHAM,

    Plaintiff,

v.                                                                      Case No: 8:14-cv-73-T-23JSS

BAYCARE HEALTH SYSTEM,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Strike Objections and to Compel Production of Documents (Dkt. 53), Defendant's Response (Dkt. 56), and Plaintiff's Unopposed Motion to Reset Hearing on Plaintiff's Motion to Strike Objections and to Compel Production of Documents (Dkt. 60). The Court held a telephonic case status conference regarding the status of discovery in this case on September 30, 2015.

On August 13, 2015, Plaintiff filed his Motion to Strike Objections and to Compel Production of Documents. (Dkt. 53.) Defendant filed its response on August 27, 2015. (Dkt. 56.) Subsequently, the Court scheduled a hearing on Plaintiff's Motion to Strike Objections and to Compel Production of Documents on October 1, 2015. During this time, the parties engaged in further discovery, and Plaintiff filed an Unopposed Motion to Reset the October 1 hearing, which indicated that the parties were in the process of potentially resolving their discovery disputes. (Dkt. 60.) The Court held a telephonic case status conference at which Defendant represented that it was in the process of producing additional documents and finalizing a confidentiality agreement pertaining to documents containing confidential information. In light of these representations, and

upon consideration and review of the pleadings and arguments heard before the Court, it is

**ORDERED**:

1. Plaintiff's Motion to Strike Objections and to Compel Production of Documents (Dkt. 53) is **DENIED** without prejudice.

2. Plaintiff's Motion to Reset Hearing on Plaintiff's Motion to Strike Objections and to Compel Production of Documents (Dkt. 60) is **DENIED** without prejudice.

3. On or before October 23, 2015, the parties are ordered to produce any additional documents that have been agreed to be produced but have not yet been produced.

4. The parties are ordered to continue and complete their discussions regarding confidentiality issues by October 23, 2015.

**DONE** and **ORDERED** in Tampa, Florida on September 30, 2015.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record