UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BINGHAM,

    Plaintiff,

v.                                                     Case No: 8:14-cv-73-T-23JSS

BAYCARE HEALTH SYSTEM,

    Defendant.
_____/

**ORDER ON MOTION FOR EXTENSION OF**
**TIME TO FILE EXPERT WITNESS DISCLOSURES**

THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time to File Fed. R. Civ. P. 26(a)(2) Expert Witness Disclosures ("Motion"). (Dkt. 68.) In the Motion, Plaintiff requests a ninety-day extension to file expert disclosures, contending that discovery is still in its initial stages and that the ongoing discovery has precluded Plaintiff from identifying areas where an expert is needed. In response, Defendant opposes the Motion but indicates agreement to a thirty-day extension for the parties' respective expert disclosure deadlines. (Dkt. 69.) Upon consideration, the Court finds that an extension of forty-five days is warranted in this case. Accordingly, it is

    **ORDERED**:

    1. Plaintiff's Motion for Extension of Time to File Fed. R. Civ. P. 26(a)(2) Expert Witness Disclosures (Dkt. 68) is **GRANTED** in part and **DENIED** in part.

- 2 -

2. The deadline for expert disclosures for each party is extended by forty-five (45) days.

**DONE** and **ORDERED** in Tampa, Florida on December 21, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record