UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BINGHAM,

    Plaintiff,

v.                                                Case No: 8:14-cv-73-T-23JSS

BAYCARE HEALTH SYSTEM and WEST
FLORIDA CARDIOLOGY NETWORK
LLC'S,

    Defendants.
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on Defendant's Motion for Extension of Time. (Dkt. 135.) Defendant moves for an extension of time until September 16, 2016, to produce documents pursuant to the Court's prior order, which directed Defendant to supplement its responses to requests for production by September 2, 2016. Specifically, Defendant states that "the collection, processing, and production of responsive documents is a significant undertaking" and thus requires an extension of the Court's deadline. Plaintiff has not filed a memorandum in opposition to Defendant's Motion and the time within which to do so has now expired.

Upon consideration, it is **ORDERED** that Defendant's Motion for Extension of Time (Dkt. 135) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida, on September 21, 2016.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record