UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS BINGHAM,

    Plaintiff,

v.                                                   CASE NO. 8:14-cv-73-T-23JSS

BAYCARE HEALTH SYSTEM,

    Defendant.
_____/

## **ORDER**

The magistrate judge recommends (Doc. 196) denying Thomas Bingham's motion (Doc. 155) for partial summary judgment on liability and recommends granting BayCare Health System's motion (Doc. 156) for summary judgment on each of Counts I, II, and III of the amended complaint (Doc. 32). Bingham objects (Doc. 198) to the report and recommendation. After a de novo review of the report and recommendation, Bingham's objections, and all other matters of record, Bingham's objections (Doc. 198) are **OVERRULED**, the report and recommendation (Doc. 196) is **ADOPTED**, Bingham's motion (Doc. 155) for partial summary judgment is **DENIED**, and BayCare Health System's motion (Doc. 156) for summary judgment is **GRANTED**. The clerk is directed to enter judgment

against the plaintiff and for the defendant on each of the three counts in the amended complaint (Doc. 32), to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on April 18, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE